# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1816

_____

Robert Bradley, Jr.,           *
           *

      Appellant,      *
           *   Appeal from the United States
   v.               *   District Court for the
           *   Eastern District of Arkansas.
Ashberry Park Apartments; Little Rock  *
Police Department,        *   [UNPUBLISHED]
           *
      Appellees.      *

_____

Submitted: July 22, 2004
Filed: July 28, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Robert Bradley, Jr. appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint for lack of subject matter jurisdiction. After de novo review, see <u>Cedar Rapids Cellular Tel., L.P. v. Miller</u>, 280 F.3d 874, 878 (8th Cir. 2002), we conclude the district court correctly determined that Bradley did not plead facts establishing either federal question or diversity jurisdiction.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.